# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI ARDELMANN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SODEXO, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-01400 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 7]** |

Parties have filed a joint motion to dismiss with prejudice.  [Doc. 7.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  March 18, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge